# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DARREN DOUGLAS,

    Plaintiff,                                   Case No.: 8:16-cv-02163-MSS-ASS

v.

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Darren Douglas, by and through undersigned counsel, hereby gives notice of a pending settlement concerning the instant matter. The parties have reached a tentative settlement with regards to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 7, 2017

                                              Respectfully submitted,

                                              By:/s/ *Christopher Legg*
                                              Christopher Legg, Esq.
                                              *Attorney for Plaintiff*
                                              Florida Bar No. 44460

                                              BUCHWALD LEGG, PLLC
                                              3837 Hollywood Blvd., Ste. B
                                              Hollywood, FL 33021
                                              Telephone: 954-962-2333
                                              Chris@TheConsumerLawyers.Com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 7th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Christopher W. Legg, Esq.
Christopher W. Legg, Esq.
Florida Bar No.: 44460