**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DARREN DOUGLAS,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:16-cv-2163-MSS-AAS**

**BLUESTEM BRANDS, INC.,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 7, 2017, Plaintiff filed a Notice Pending Settlement, informing the Court that the Parties "have reached a tentative settlement" and "are presently drafting, finalizing, and executing the formal settlement documents." (Dkt. 17) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of February, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party